Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Nathan Thew

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Thew, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br>Numerica Credit Union,<br><br>Defendant. | Case No: 5:19-cv-00312 AB (SPx)<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. ANDRE BIROTTE JR.** |

Plaintiff Nathan Thew, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

//

//

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

**HYDE & SWIGART, APC**

Date: June 17, 2019         By:  s/ Yana A. Hart
                                  Yana A. Hart, Esq.
                                  *Attorneys for Plaintiff*

**KATTEN MUCHIN ROSENMAN LLP**

Date: June 17, 2019         By:  s/ Paul A. Grammatico
                                  Paul A. Grammatico, Esq.
                                  *Attorneys for Defendant*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul A. Grammatico, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

**HYDE & SWIGART, APC**

Date: June 17, 2019         By:  s/ Yana A. Hart
                                  Yana A. Hart, Esq.
                                  *Attorneys for Plaintiff*