JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Thew, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Numerica Credit Union,<br><br>Defendant. | Case No.:   5:19-cv-00312 AB (SPx)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 20, 2019

_____
Hon. André Birotte Jr.
United States District Judge

PROPOSED ORDER                      1